## THIRD DEPARTMENT, JANUARY, 1957

### (January 21, 1957)

■ In the Matter of the Claim of KATHERINE HUTTON, on Behalf of Herself and Minor Children, Respondent, against FORD MOTOR COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for a stay of proceedings before the Workmen's Compensation Board and for an order placing the appeal on the calendar. Motion for stay denied. Decision reserved on motion to place the appeal on the calendar. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

### (January 24, 1957)

■ In the Matter of the Claim of HAROLD A. AMMANN, Appellant, against S. S. KRESGE CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of HERMAN BAIDA, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted unless the record is perfected and filed by July 15, 1957 and appellant is ready to argue or submit at the September, 1957 Term. The court has heretofore allowed appellant to prosecute the appeal from a decision of the unemployment insurance appeal board on one typewritten record and on typewritten briefs. The proposed record presented to the clerk by appellant was not in proper form and has not been received. The Attorney-General has offered to assist appellant in getting together the material technically necessary for a proper record. This assistance should be accepted by appellant; or if not accepted, appellant should examine the rules and himself prepare a record within the time herein allowed. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JOHN CONNORS, Appellant, against TODD SHIPYARDS CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. CRISPELL, Appellant.— Motion for leave to prosecute appeal as a poor person on hand-written papers and for assignment of counsel denied, upon the ground the papers presented do not show merit to the appeal, but without prejudice to a renewal of the motion upon a showing of merit. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.